# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 12-00191-01-CR-W-BP |
| JAMES F. COOPER, | ) | |
| Defendant. | ) | |

## ORDER

This action comes before the Court on a Report and Recommendation from Chief United States Magistrate Judge Robert E. Larsen. (Doc. 28.) Judge Larsen recommends that this Court enter an Order finding Defendant James F. Cooper competent to stand trial. No objections to this recommendation have been filed, and the time for doing so has passed. 28 U.S.C. § 636(b)(1); L.R. 74.1(a)(2).

Accordingly, the Court hereby adopts Judge Larsen's Report and Recommendation in its entirety. The Court finds Defendant competent to stand trial.

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: November 20, 2012